BRYAN SCHRODER
United States Attorney

JACK S. SCHMIDT
Assistant United States Attorney
Federal Building and U.S. Courthouse
709 West 9th Street, Room 937
Post Office Box 21627
Juneau, Alaska 99802
Phone: (907) 796-0400
Fax: (907) 796-0409
E-mail: jack.schmidt@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CYLDE EDWARD PASTERSKI JR.,<br><br>　　　　　　　　Defendant. | ) Case No. 1:20-cr-00007-TMB-MMS<br>)<br>) <u>COUNT 1</u>:<br>) FELON IN POSSESSION OF A<br>) FIREARM<br>) 　Vio. of 18 U.S.C. §§ 922(g)(1) and<br>) 924(a)(2)<br>)<br>) <u>CRIMINAL FORFEITURE</u><br>) <u>ALLEGATION</u><br>) 　18 U.S.C. § 924(d)(1), 28 U.S.C. §<br>) 2461(c), and Rule 32.2(a)<br>) |

I N D I C T M E N T

　　　The Grand Jury charges that:

//

//

## COUNT 1

On or about May 22, 2020, within the District of Alaska, the defendant, CLYDE EDWARD PASTERSKI JR., knowingly having been convicted of the following crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, firearms and ammunition, to wit:

1.     Pistol, Glock, Model: 27 Gen 4, Cal: .40;

2.     Pistol, Glock, Model: G20, Cal: 10mm;

3.     Shotgun, Benelli, Model: Super Black Eagle, Cal: 12 Gauge;

4.     Shotgun, Benelli, Model: Super Nova, Cal: 12 Gauge;

5.     Revolver, Taurus, Model: 605, Cal: .357;

6.     Revolver, Ruger, Model: Super Red Hawk, Cal: .454 Casull & .45 Colt;

7.     Revolver, Smith & Wesson, Model: 19-4, Cal: .357;

8.     Rifle, Bushmaster, Model: G20, Cal: Multi;

9.     Rifle, Ruger, Model: MKII M77, Cal: 7mm;

10.    Rifle, Ruger, Model: MKII M77, Cal: .30-06;

11.    Rifle, Ruger, Model: M77, Cal: .270;

12.    Rifle, Ruger, Model: American Rifle, Cal: .308;

13.    Rifle, Winchester, Model: 94, Cal: .30-30;

//

//

//

//

| Conviction Date | Offense | Court | Case No. |
|---|---|---|---|
| May 18, 2007 | Assault in the Third Degree | State of Alaska, First Judicial District, at Ketchikan | 1KE-06-806CR |
| July 8, 2010 | Felony Driving Under the Influence | State of Alaska, First Judicial District, at Ketchikan | 1KE-09-1040 CR |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

CRIMINAL FORFEITURE ALLEGATION

Upon conviction of Count 1 of this Indictment, the defendant, CLYDE EDWARD PASTERSKI JR., shall forfeit to the United States pursuant to 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c), any firearms, ammunition, or other items involved or used in the commission of the offense, including but not limited to:

1. Pistol, Glock, Model: 27 Gen 4, Cal: .40, serial number: BBMS296;

2. Pistol, Glock, Model: G20, Cal: 10mm, serial number: ALC250US;

3. Shotgun, Benelli, Model: Super Black Eagle, Cal: 12 Gauge, serial number: U116699;

4. Shotgun, Benelli, Model: Super Nova, Cal: 12 Gauge, serial number: Z584317A;

5. Revolver, Taurus, Model: 605, Cal: .357, serial number: MD65306;

6. Revolver, Ruger, Model: Super Red Hawk, Cal: .454 Casull & .45 Colt, serial number: 552-45978;

7.  Revolver, Smith & Wesson, Model: 19-4, Cal: .357, serial number:

    44K5319;

8.  Rifle, Bushmaster, Model: G20, Cal: Multi, serial number: BK5201547;

9.  Rifle, Ruger, Model: MKII M77, Cal: 7mm, serial number: 792-05007;

10. Rifle, Ruger, Model: MKII M77, Cal: .30-06, serial number: 789-50145;

11. Rifle, Ruger, Model: M77, Cal: .270, serial number: 71-34953;

12. Rifle, Ruger, Model: American Rifle, Cal: .308, serial number: 693-85770;

13. Rifle, Winchester, Model: 94, Cal: .30-30, serial number: NRA5887; and

14. 8 seal bombs, and a ballistic vest carrier and steel plate inserts.

All pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(a),

Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Jack S. Schmidt
JACK S. SCHMIDT
Assistant United States Attorney
United States of America

s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America

DATE:      July 21, 2020